JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector M. Medina<br><br>　　　　Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A. et al<br><br>　　　　Defendants. | Case No.  CV 15-09162-AB (FFMx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within thirty (30) days, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action. The hearing set for January 25, 2016 and scheduling conference set for March 21, 2016 are hereby VACATED.

Dated:  January 12, 2016　　　　_____
　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1.